# EXHIBIT D

9/5/2016 1:08:16 PM
Chris Daniel - District Clerk Harris County
Envelope No. 12529524
By: Monica Ovalle
Filed: 9/5/2016 1:08:16 PM

## 2016-59520 / Court: 269

CASE NO. –_____

| | | |
|---|---|---|
| K.G. SMITH, | § | IN DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | ____ JUDICIAL DISTRICT |
| | § | |
| CITY OF HOUSTON, CIMM'S | § | |
| INCORPORATED, BURGER KING, | § | HARRIS COUNTY, TEXAS |
| JOHN EDWARD OBENHUAS, AND | § | |
| JOSHUA MABASA, INDIVIDUALLY. | § | |
| DEFENDANTS. | | |

STATE OF TEXAS

COUNTY OF HARRIS

### PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND

1.      Plaintiff, K.G. Smith, files this original petition, request for disclosure, request for admissions, against defendants, City of Houston, Burger King Inc., Cimm's Inc., John Edward Obenhaus, and Joshua C. Mabasa, in their individual capacity and alleges as follows:

#### A. Discovery-Control Plan

2.      Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.2 because this suit involves only monetary relief totaling $1,000,000 or less, excluding court costs, prejudgment interest, and attorney fees.

#### B. Parties

3.      Plaintiff, K.G. Smith, P.O. Box 27353, Houston TX 77227

4.1  Defendant, City of Houston, 900 Bagby St. TX 77002, Agent Mayor of Houston Sylvester Turner, through City of Houston Secretary.

4.2      Defendant, John Edward Obenhaus, 17418 Cascading Springs Ln., Humble, TX 77346.

For Official Governmental Use Only - Do Not Disseminate to the Public: 71766969 - Page 1 of 6

For Official Governmental Use Only - Do Not Disseminate to the Public: 71766969 - Page 2 of 6

    4.3  Defendant, Cimm's Incorporated, Cimmarusti, Lawrence P, 620 N Brand Blvd Fl 6 Glendale, CA 91203

    4.4  Defendant, Burger King, 1002 Westheimer Rd., Houston, TX 77006; Registered Agent, Cimmarusti, Lawrence P, 620 N Brand Blvd Fl 6 Glendale, CA 91203, and Bertrand, Jay 2121 Tennessee Bldg, Houston, TX

    4.5  Defendant, Joseph C. Mabasa 8539 Furray Rd, Houston, TX 77028

### C. Jurisdiction

5.    This court has jurisdiction over this action based on the amount in controversy, being more than ten thousand dollars, and the nature of the claim, civil rights violations, wrongful prosecution, and personal injury.

### D. Venue

6.    Venue of this suit lies in Harris County, Texas for the following reasons: Under Tex. Civ. Prac. &Rem. Code § 15.002(a)(1), venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in the county of suit; venue is also proper because defendants conduct business in the county of suit.

### E. Facts

7.    On December 16, 2015, Kristie Smith was standing on a public sidewalk located at 1002 Westheimer Rd., using his cellphone, when Houston Police Department Officers John Edward Obenhaus, while working an extra job, but using an Houston Police Department Vehicle approached the plaintiff and accused him of trespassing. The public sidewalk the Plaintiff standing on was located near a Burger King restaurant. The plaintiff was leaning on a separation barrier that was approximately 3 feet high, and separated the public sidewalk and the Burger King parking lot. The officers decided to arrest the plaintiff for criminal trespass, despite the plaintiff explaining that was not the case and the Plaintiff was actually on a

For Official Governmental Use Only - Do Not Disseminate to the Public: 71766969 - Page 3 of 6

public sidewalk, explaining there was a complaint from Burger King by Tiffany Marcie Ross.

8.      The officers also arrested another individual at the same time, Harvey Prete, who appeared to be homeless, and seemed to be actually in the Burger King restaurant side of the separation barrier wall, in the Burger King restaurant parking lot.

9.      The Plaintiff, and Harvey Prete were arrested for trespassing and were placed in the same HPD police vehicle.  After the Harvey Prete was dropped of downtown, the officers learned the Plaintiff was a transgender male, and began to taunt, mock, and insult the Plaintiff for not being a "real man," and threatened to take the Plaintiff to the men's jail, although the Plaintiff disclosed that although the Plaintiff was transitioning, the plaintiff had not fully transitioned and had a   They further refused to seat belt the plaintiff in the vehicle.  Along with the insults, the officer driving made deliberate efforts to injure the plaintiff, by unnecessarily slam on the vehicle's brakes to cause the unseat belted Plaintiff to be thrown about the vehicle, namely forward causing the plaintiff's face to collide into the metal and plexiglass separating the front of the vehicle cab with the back of the cab.


10.      The Plaintiff suffered a bruised nose, bruised and swollen right wrist, bruised left wrist, bruised and swollen left bicep.

11.      Kristie Smith was treated at the Municipal jail for the swelling with ibuprofen, defendants.

12.      The bail was set at $2000. The Plaintiff was released from jail at approximately 9:00am the next day.

13.      The Plaintiff had to waste time going to court to appearances on four occasions after plaintiff's release. The plaintiff had to reschedule or cancel jobs in order to appear at the criminal court setting.

14.      The Plaintiff was embarrassed, forced to explain the unlawful arrest and injuries to clients, colleagues, and employees, family, and friends.

<u>Count 1 – Wrongful Prosecution</u>

15.      The Plaintiff was prosecuted for the criminal charge of Criminal Trespass, the Harris County District Attorney's office commenced against the plaintiff, without as much as reasonable suspension.

16.      The Houston Police Department off duty officers working for Burger King restaurant initiated the prosecution, by filing a false police report.

17.      After several criminal settings the prosecution was terminated, with a dismissal, in the plaintiff's favor.

18.      There was no probable cause for the plaintiff's arrest for trespassing, and was completely innocent of the criminal trespass charges.

19.      As a result of this abuse of authority, exhibited by the HPD officers, the Plaintiff, post a bond, lose time from work, and suffer injury to plaintiff's reputation.

<u>Count 2 – False Imprisonment</u>

20.      The HPD Officers willfully placed The plaintiff in the back of the Office Police vehicle.

21.      The detention was without justification, since The plaintiff had not committed a crime. Based on the information obtained from Burger King Restaurant, The HPD Officers acted at the direction of Burger King Restaurant  employee Tiffany Ross, and the plaintiff was detained.

<u>Count 3 – Violation of 42 USC Sec. 1983</u>

22.      The plaintiff's constitutional right, under the fourth amendment to be from illegal search and seizure, after wrongfully being incarcerated, for one day.

23.       Defendant's wrongful prosecution, and false imprisonment caused injury to plaintiff, which resulted in the following damages:

For Official Governmental Use Only - Do Not Disseminate to the Public: 71766969 - Page 4 of 6

a.      Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

b.      <u>Exemplary damages.</u> Plaintiff's injury resulted from defendant, Burger King's malice, and intentional infliction of emotional distress, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

<u>I. Jury Demand</u>

24.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

<u>J. Request for Disclosure</u>

25.     Under Texas Rule of Civil Procedure 194, plaintiff requests that defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

<u>K. Objection to Associate Judge</u>

26.     Plaintiff objects to an associate judge hearing a trial on the merits or presiding at a jury trial.

<u>M. Damages</u>

27.     As a direct and proximate result of the occurrence made the basis of this lawsuit and defendant set as described here in playing with cost to sever severe injury separating and pain less everything in damage is more fully set for the below.

28.     As a direct and proximate result of the current made the base of the lawsuit plaintiff has incurred the following damages reasonable medical care and expensive in the past. These expenses were incurred by Plaintiff for necessary care and treatment of the injuries resulting from the accident complain of herein it says charges are reasonable and we're usual and customary charge for the service is in Harris County Texas.

29.     Physical pain and suffering in the past by reason of the above plaintiff has suffered losses in damages that would fairly and reasonably compensate plaintiff for

For Official Governmental Use Only - Do Not Disseminate to the Public: 7176969 - Page 5 of 6

damages be properly determined by a jury after consideration of all of the evidence presented at trial.

30.     However, in satisfaction of the requirements imposed by Rule 47(c), Plaintiff states that she seeks monetary relief over $10,000, but under $1,000,000. As stated in the comment to the 2013 amendment to Rule 47, this statement is made solely for the purpose of providing information on the nature of this case, does not affect Plaintiff's substantive rights and is made subject to Plaintiff's right to amend.

N. Prayer

31.     For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer and that plaintiff be awarded a judgment against defendant for the following:

a.     Actual damages.
b.     Exemplary damages.
c.     Prejudgment and post-judgment interest.
d.     Court costs.
e.     All other relief to which plaintiff is entitled.

Respectfully submitted,

THE LEWIS LAW GROUP, PLLC.

By: _U. Lewis_

U. A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
Telephone: (713)570-6555
Facsimile: (713) 581-1017
ATTORNEY FOR THE PLAINTIFF

For Official Governmental Use Only - Do Not Disseminate to the Public: 71766969 - Page 6 of 6



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        71766969 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

9/5/2016 1:08:16 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 12529524
By: OVALLE, MONICA
Filed: 9/5/2016 1:08:16 PM

**2016-59520 / Court: 269**

CASE NO. – _____

| | |
|---|---|
| K.G. SMITH | § IN DISTRICT COURT OF |
| PLAINTIFF, | § |
| | § |
| V S . | § _____ JUDICIAL DISTRICT |
| CITY OF HOUSTON, CINI'S | § |
| INCORPORATED, BURGER KING, | § |
| JOHN E OBENHUAS, AND | § OF HARRIS COUNTY TEXAS |
| JOSHUA MABASA, INDIVIDUALLY. | § |
| DEFENDANTS. | § |

STATE OF TEXAS
COUNTY OF HARRIS

### AFFIDAVIT OF INDIGENCY –PAUPER'S AFFIDAVIT

The undersigned makes this affidavit in the event it his her intention of being unable to pay the cost of the pleading to be filed herein in the above numbered and entitled cause that she is too impecunious to finance or secure the cost thereupon of preparation of this litigation issued accordingly as Rule 145 T.R.C.P. (The pleadings attached are signed checked and then for matter to be furnished under penalty of perjury.)

1 Basis for indigency Smith, I am unable to pay costs of court because:

[X] I am presently receiving only governmental entitlement such as indigent _Social Disability_

( ) I have an inability to pay costs as set out below.

2 Employment information:

( ) I am not employed, the last time I was employed _____ _____

( ) I am employed, work for:

Name Company _____   _____   Telephone _____ __

Address _____

The nature of my job _____ (occupation).

Then income per which job is $ _____ __er _____

3 Income from other sources other than employment:

( ) I have income, which either from other sources other than employment interest, dividends, and dues, etc.,

For Official Governmental Use Only - Do Not Disseminate to the Public: 717766970 - Page 1 of 4

dividends, annuities, etc.

(X) I have income derived from sources other than employment as follows:

Type of Income                Amount Per Period

SSI Disability          $ 1002 /month

_____          _____

4. Spouse's Income:

(X) I have no legal spouse

( ) My spouse has no income

( ) My spouse has income as follows

Type of Income                Amount Per Period

_____          _____

_____          _____

5. Property:

(X) I own no property and no interest in any property

( ) I own the following interest in property

Cash    $ 35.00

Real Estate _____

Motor Vehicles _____

Stocks and/or Bonds _____

Other _____

6. Bank Accounts:

Bank Type of Account          Amount

l    1    Checkng          + 23.00

_____          _____

7. Dependents:

(X) I have no dependents

( ) I have the following dependents

| Name and Age | Relationship |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8.( ) I have no debts

(X) I have the following debts

| | Creditor Amount |
|---|---|
| Student loans | $ 30,000 + |
| _____ | _____ |
| _____ | _____ |

9. I have the following monthly expenses:

| Type of Expenses | Amount Per Month |
|---|---|
| HOUSING / MORTGAGE | 600.00 |
| FOOD / GROCERIES | 180.00 |
| UTILITIES - PHONE / ELECTRIC / CABLE | 60.00 |
| TRANSPORTATION | 35.00 |
| GAS | _____ |
| INSURANCE / MEDICAL / CAR | _____ |
| CELLPHONE | 45.00 |
| INTERNET | 40.00 |
| TAXES | _____ |
| MEMBERSHIPS | _____ |
| GROOMING | _____ |
| LOAN PAYMENTS | _____ |

For Official Governmental Use Only - Do Not Disseminate to the Public 71766970 - Page 3 of 4

_____          _____
_____          _____
_____          _____
_____          _____

Signed this the _17_ day of _June_ , _2016_ .

I am unable to pay the Court costs. I verify that the statements made in this affidavit are true and correct.

Affiant Signature _____

Printed Name _Kristie Smith_

Sworn and subscribed before me this the _1_ day of _June_ , 20_16_ .

Notary Public in and for the _____

State of Texas

My Commission Expires: _06/26/2019_



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        71766970 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

## CIVIL PROCESS REQUEST

9/28/2016 10:32:54 AM
Chris Daniel - District Clerk Harris County
Envelope No. 12943846
By: Shanelle Taylor
Filed: 9/28/2016 10:32:54 AM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: __2016-59520__          CURRENT COURT: _____269th_____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): ORIGINAL PETITION/CITATION

FILE DATE OF MOTION: __09__ / __05__ / __2016__
                         Month/   Day/   Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.   NAME: **City of Houston**
     ADDRESS: __900 Bagby St. TX 77002__
     AGENT, (*if applicable*): Mayor of Houston, thorugh City of Houston Secretary

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*):

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP      ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL                ■ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
- ☐ Type of Publication:   ☐ COURTHOUSE DOOR, or
                    ☐ NEWSPAPER OF YOUR CHOICE:
- ☐ OTHER, *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.   NAME: __John Edward Ohenhaus__
     ADDRESS: __17418 Cascading Springs Ln. Humble, TX 77346__
     AGENT, (*if applicable*): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): ORIGINAL PETITION/CITATION

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP      ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL                ■ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
- ☐ PUBLICATION:
     Type of Publication:   ☐ COURTHOUSE DOOR, or
                    ☐ NEWSPAPER OF YOUR CHOICE:
- ☐ OTHER, *explain* _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: __. U.A. LEWIS__     TEXAS BAR NO./ID NO: __24076511__

MAILING ADDRESS: __PO BOX 27353 HOUSTON, TX 77227__

PHONE NUMBER: __713-570-6555__ FAX NUMBER: __713-581-1017__

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

For Official Governmental Use Only - Do Not Disseimate to the Public: 72309546 - Pag 1 of 3

## CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 2016-59520          **CURRENT COURT:** 269th

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** 09 / 05 / 2016
            Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  **NAME:** Cimm's Incorporated, Cimmarusti, Lawrence P
    **ADDRESS:**  620 N Brand Blvd Fl 6 Glendale, CA 9120
    **AGENT,** (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**                ■ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                          ☐ **NEWSPAPER OF YOUR CHOICE:**
☐ **OTHER,** *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.  **NAME:** Burger King
    **ADDRESS:** 1002 Westeimer Rd. Houston, Texas 77006
    **AGENT,** (*if applicable*): Cimmarusti, Lawrence P, 620 N Brand Blvd Fl 6 Glendale, CA 91203  Bertand, Jay 2121 Tennessee Bldg. Houston, Tx

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**                ■ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ **PUBLICATION:**
  Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                          ☐ **NEWSPAPER OF YOUR CHOICE:**
☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** . U.A. LEWIS          **TEXAS BAR NO./ID NO:** 24076511
**MAILING ADDRESS:** PO BOX 27353 HOUSTON, TX 77227
**PHONE NUMBER:** 713-570-6555 **FAX NUMBER:** 713-581-1017
**EMAIL ADDRESS:** MYATTORNEYATLAW@GMAIL.COM

For Official Government Use Only - Do Not Disseminate to the Public: 7209546 - Pag 2 of 3

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

CASE NUMBER: 2016-59520          CURRENT COURT: 269th

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): ORIGINAL PETITION/CITATION

FILE DATE OF MOTION: 09 / 05 / 2016
                     Month/  Day/  Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.    NAME:   Joseph C. Mabasa
      ADDRESS:   8539 Furray Rd. Houston, Texas 77028
      AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):

SERVICE BY (check one):
☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
☐ MAIL                                ■ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
  Type of Publication: ☐             COURTHOUSE DOOR,  or
                       ☐             NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, explain _____

**********************************************************************************  ****

2.    NAME: _____
      ADDRESS: _____
      AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): ORIGINAL PETITION/CITATION

SERVICE BY (check one):
☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
☐ MAIL                                ☐ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
☐ PUBLICATION:
  Type of Publication: ☐             COURTHOUSE DOOR,  or
                       ☐             NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: , U.A. LEWIS          TEXAS BAR NO./ID NO: 24076511

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

For Official Governmental Use Only - Do Not Disseminate to the Public: 7209546 - Pag 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        72090546 Total Pages:  3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 9/9/2016

For Official Governmental Use Only - Do Not Disseminate to the Public: 72154684 - Page 1 of 1



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

ENTERED
VERIFIED

## Civil Process Pick-Up Form

CAUSE NUMBER: 16-59520

ATY ___   CIV ___   COURT 20ᵗʰ

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Laws, U.A.     PH: 713-570-6855 |
| *CIVIL PROCESS SERVER: _____ |
| *PH: _____ |
| *PERSON NOTIFIED SVC READY: Gabrielle |
| * NOTIFIED BY: K.T. |
| DATE: 9.29.2016 |

| | |
|---|---|
| Type of Service Document:_____ | Tracking Number 7328651 |
| Type of Service Document:_____ | Tracking Number 6510 |
| Type of Service Document:_____ | Tracking Number 6509 |
| Type of Service Document:_____ | Tracking Number 6508 |
| Type of Service Document:_____ | Tracking Number _____ |
| Type of Service Document:_____ | Tracking Number _____ |
| Type of Service Document:_____ | Tracking Number _____ |

Process papers prepared by: **Shanelle Taylor**

Date: 9-9 2016   30 days waiting 10-9-16

| |
|---|
| *Process papers released to: Gabrielle Strange |
| 713 510 6555 (PRINT NAME) |
| *(CONTACT NUMBER)     (SIGNATURE) |
| *Process papers released by: **Iris Collins** |
| (PRINT NAME) |
| (SIGNATURE) |
| * Date: 10/03/16 , 2016   Time: 12:12   AM / PM |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Revised 12-15-2014



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        72154684 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/13/2016 10:05:15 AM
Chris Daniel - District Clerk Harris County
Envelope No. 13216270
By: PAM ROBICHEAUX
Filed: 10/13/2016 10:05:15 AM

CAUSE NO.  201659520

RECEIPT NO.                          0.00        ATY

**********                          TR # 73286506

PLAINTIFF: SMITH, K C                      In The   269th
         vs.                               Judicial District Court
DEFENDANT: CITY OF HOUSTON                 of Harris County, Texas
                                           269TH DISTRICT COURT
                                           Houston, TX

                          CITATION           **DELIVERED**

THE STATE OF TEXAS
County of Harris

                                             OCT 1 2 2016

                                                          2:25

TO: CITY OF HOUSTON BY SERVING ITS AGENT MAYOR OF HOUSTON
    SYLVESTER TURNER
    900 BAGBY ST    HOUSTON TX 77002
    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 5th day of September, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 9th day of September, 2016, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
LEWIS, U A                               Harris County, Texas
PO BOX  27353                            201 Caroline, Houston, Texas 77002
HOUSTON, TX  77227                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 570 6565
Bar No.: 24076511                        Generated By: TAYLOR, SHANELLE L  JVT//10476721

          OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 4:22 o'clock P .M., on the 3rd day of October , 2016

Executed at (address) 900 Bagby Houston, Texas 77002 in

Harris County at 225 o'clock P .M., on the 12th day of October

2016, by delivering to Connie Roberts Assisant to the Secretary of the mayor,
in person, a

true copy of this Citation together with the accompanying  1  copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this 12 day of October , 2016

FEE: $ 40                                  Douglas Greene  11914  Exp 3/31/2019
                                           SCH
                                           of  Harris  County, Texas

                                    By
          Affiant                        Deputy

On this day, October 12, 2016 , known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 12 day of October , 2016

                                         Notary Public

                                    ┌─────────────────────────────┐
                                    │  BRANDE MONTGOMERY          │
                                    │  Notary Public, State of Texas │
                                    │  Comm. Expires 02-11 2020   │
                                    │  Notary ID 130534331        │
                                    └─────────────────────────────┘

N.INT.CITR.P                *73286506*

For Official Governmental Use Only - Do Not Disseminate to the Public: 72295913 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        72295913 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

10/19/2016 10:47:54 AM
Chris Daniel - District Clerk Harris County
Envelope No. 13318187
By: Joshua Bovell
Filed: 10/19/2016 10:47:54 AM

CAUSE NO.  201659520

RECEIPT NO.                          0.00        ATY
                  * * * * * * * * * *                  TR # 73286510

PLAINTIFF: SMITH, K G                          In The   269th
              vs.                              Judicial District Court
DEFENDANT: CITY OF HOUSTON                     of Harris County, Texas
                                               269TH DISTRICT COURT
                                               Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: OBENHUAS, JOHN EDWARD
    17418  CASCADING SPRINGS LN   HUMBLE TX  77346
    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 5th day of September, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 9th day of September, 2016, under my hand and
seal of said Court.

Issued at request of:                          *Chris Daniel* signature
LEWIS, U A                                     CHRIS DANIEL, District Clerk
PO BOX  27353                                  Harris County, Texas
HOUSTON, TX  77227                             201 Caroline, Houston, Texas 77002
Tel: (713) 576-6555                            (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 24076511                              Generated By: TAYLOR, SHANELLE L  3VT//10476721

OFFICER/AUTHORIZED PERSON RETURN
Came to hand at 4:22 o'clock P.M., on the 4th day of October, 2016
Executed at (address) 17418 Cascading Springs Ln Humble Tx 77346 in
Harris County at 9:55 o'clock A.M., on the 15 day of October,
2016 by delivering to John Obenhaus defendant, in person, a
true copy of this Citation together with the accompanying 1 copy(ies) of the Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this 17 day of October, 2016

FEE: $ 40                                      Douglas Greene  SCH 11914
                                                               Exp 3/31/2019
                                               of Harris County, Texas

_____                          By _____
      Affiant                                         Deputy

On this day, Douglas J Greene, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 17th day of October, 2016

                                               _____
                                                    Notary Public

                                               BRANDE MONTGOMERY
                                               Notary Public, State of Texas
                                               Comm. Expires 02-11 2020
                                               Notary ID 130534331

N.INT.CITRAR                    *73286510*

For Official Governmental Use Only - Do Not Disseminate to the Public: 72374399 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2016

Certified Document Number:        72374399 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**